UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                            :
                                                  :
LIZA FIGUEROA                                     :
                                                  :    Bankruptcy No. 05-12982
         Debtor(s)                                :    Chapter 13

## ORDER

AND NOW, this 26th day of August, 2005, after notice and hearing, the above-captioned case is hereby dismissed without prejudice.

FOR THE COURT

_____
STEPHEN RASLAVICH, B.J.

Copies served on:

Frederick L. Reigle, Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606


LIZA FIGUEROA
3438 N MASCHER STREET
PHILADELPHIA PA 19140


MICHAEL A. CATALDO, ESQ.
CIBIK & CATALDO, P.C.
437 CHESTNUT ST., SUITE 1000
PHILADELPHIA PA 19106